Muriel B. Kaplan, Esq. (SBN 124607)
Michele R. Stafford, Esq. (SBN 172509)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, CA 94104
(415) 882-7900
(415) 882-9287 – Facsimile
mkaplan@sjlawcorp.com
mstafford@sjlawcorp.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BAY AREA PAINTERS AND TAPERS PENSION TRUST FUND, et al.,<br><br>    Plaintiffs,<br>v.<br><br>ADVANCED INTERIOR SYSTEMS, INC., a California Corporation; and ROBERT LEE BROWN, an Individual,<br><br>    Defendants. | Case No.:  C10-1305 MMC<br><br>**JOINT REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE;**<br>**OR ALTERNATIVELY, JOINT REQUEST TO APPEAR BY TELEPHONE**<br><br>Date:    ~~September 10, 2010~~<br>Time:    10:30 a.m.<br>Ctrm:    7, 19th Floor<br>Judge:   The Honorable Maxine M. Chesney |

The parties hereby respectfully submit a Joint Request to Continue the Case Management Conference, currently scheduled for September 10, 2010 at 10:30 a.m.

1.   As the Court's records will reflect, this action was filed on March 29, 2010, to compel Defendants' provision of certain documents for examination by ERISA Plaintiffs necessary to complete an audit of Defendants' records for the period of January 1, 2006 through the date of audit, pursuant to the terms of the Collective Bargaining Agreement and the governing documents of the ERISA Plaintiffs.

2.   Prior to the last scheduled Case Management Conference for July 9, 2010, Defendant agreed to do certain calculations needed to provide the information necessary to complete Plaintiffs' audit.  Defendant has now provided part of those calculations, which have been forwarded to Plaintiffs' auditor for review.  Defendant advised that because the calculations

1  have been very time consuming, they will need additional time to complete the remainder of the
2  calculations.  Upon completion, they too will be forwarded to Plaintiffs' auditor for review, and
3  for a report to be issued.

4       3. Accordingly, the parties hereto respectfully request that the Case Management
5  Conference, currently scheduled for September 10, 2010, be continued for approximately 60 days
6  to allow Defendants to provide Plaintiffs with the balance of their calculations; for the auditor to
7  review and analyze those results; for an audit report to be issued and reviewed by Defendants; and
8  for any necessary discussion between the parties to ensue, including payment of amounts found
9  due, if any, and to arrange a payment plan if necessary.  If the matter is thereby resolved, Plaintiffs
10 will dismiss this action; if not, Plaintiffs will take further appropriate action, to be determined
11 upon any dispute that is not otherwise resolved.
12 ///
13 ///
14 ///
15 ///
16 ///
17 ///
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

4. There are no issues that need to be addressed by the parties at the currently scheduled Case Management Conference. In the interest of conserving costs as well as the Court's time and resources, the parties jointly request that the Court continue to currently scheduled Case Management Conference by approximately 60 days. In the event that it is not continued, the parties respectfully request that they both be permitted to appear by telephone to keep fees and costs at a minimum.

Date: September 3, 2010                     **SALTZMAN & JOHNSON**
                                            **LAW CORPORATION**

                                            By: _____/S/_____
                                                Muriel B. Kaplan
                                                Attorneys for Plaintiffs

Date: September 3, 2010                     **LAW OFFICE OF C. PATRICK STOLL**

                                            By: _____/S/_____
                                                Carl Patrick Stoll
                                                Attorneys for Defendant

## ORDER

Based on the foregoing and GOOD CAUSE APPEARING, the Case Management Conference currently scheduled for September 10, 2010 is hereby continued to _____November 12, 2010_____. A Joint Case Management Conference Statement shall be filed one week prior to the new date.

~~OR~~

~~Based on the foregoing and GOOD CAUSE APPEARING he Case Management Conference currently scheduled for September 10, 2010 remains on calendar as set. Both parties are permitted to appear by telephone.~~

Date: September 7, 2010                     _____/s/ Maxine M. Chesney_____
                                            THE HONORABLE MAXINE M. CHESNEY
                                            UNITED STATES DISTRICT COURT JUDGE