1  Muriel B. Kaplan, Esq. (SBN 124607)
   Michele R. Stafford, Esq. (SBN 172509)
2  SALTZMAN & JOHNSON LAW CORPORATION
   44 Montgomery Street, Suite 2110
3  San Francisco, CA 94104
   (415) 882-7900
4  (415) 882-9287–Facsimile
   mkaplan@sjlawcorp.com
5  mstafford@sjlawcorp.com

6  Attorneys for Plaintiffs

7

8

9

10                         UNITED STATES DISTRICT COURT

11                     FOR THE NORTHERN DISTRICT OF CALIFORNIA

| 12 | BAY AREA PAINTERS AND TAPERS PENSION TRUST FUND, et al. | Case No.: C10-1305 MMC |
|---|---|---|
| 13 | Plaintiffs, | **JOINT REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE;** |
| 14 | v. | [PROPOSED] **ORDER THEREON** |
| 15 | ADVANCED INTERIOR SYSTEMS, INC., a California Corporation; and ROBERT LEE BROWN, an Individual, | Date:  March 25, 2011 |
| 16 | | Time:  10:30 a.m. |
| 17 | Defendants. | Ctrm:  7, 19th Floor<br>Judge: Maxine M. Chesney |

18

19   The parties hereto respectfully submit their Case Management Conference Statement and

20  request to continue the Case Management Conference scheduled for March 25, 2011 at 10:30 a.m.

21   1.   The parties to this action have come to an agreement as to settlement of Plaintiffs'

22  claim on contributions and other amounts found due by Defendants to Plaintiff Trust Funds. A

23  Stipulation for Entry of Judgment ("Stipulation") has been prepared and is awaiting execution by the

24  parties. Upon execution of the Stipulation, this matter will be dismissed without prejudice, for

25  compliance with the terms stipulated.

26   2.   Given the settlement, there are no issues that need to be addressed at a Case

27  Management Conference. In the interest of conserving costs as well as the Court's time and ///

28  resources, the parties respectfully request that the Case Management Conference, currently

scheduled for March 25, 2011, be continued for two weeks, and vacated upon filing of the Stipulation.

Respectfully submitted,

Date: March 18, 2011  **SALTZMAN & JOHNSON LAW CORPORATION**

By: /S/Muriel B. Kaplan
Muriel B. Kaplan
Attorneys for Plaintiffs

Date: March 18, 2011  **LAW OFFICE OF C. PATRICK STOLL**

By: /S/Carl Patrick Stoll
Carl Patrick Stoll
Attorneys for Defendant

## ORDER

Based on the foregoing and GOOD CAUSE APPEARING, the March 25, 2011 Case Management Conference is hereby continued to April 8, 2011. Upon the filing of the Stipulation for Entry of Judgment and dismissal of this action without prejudice with the Court, ~~shall dismiss~~ the Case Management Conference will stand vacated.

IT IS SO ORDERED.

Dated: March 21, 2011

THE HONORABLE MAXINE M. CHESNEY
UNITED STATES DISTRICT COURT JUDGE