IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGINA MARIOLLE,<br><br>      Plaintiff,<br><br>  v.<br><br>VOLVO GROUP NORTH AMERICA, INC.; CONSOLIDATED METCO, INC.; AMSTED INDUSTRIES, INC.; LABRIE ENVIRONMENTAL GROUP,; WITTKE WASTE EQUIPMENT; AND DOES 1 THROUGH 25, inclusive,<br><br>      Defendants.<br>_____/ | No. C-09-4250 MMC<br><br>**ORDER DIRECTING DEFENDANT TO LODGE CHAMBERS COPY IN COMPLIANCE WITH GENERAL ORDER 45 AND THE COURT'S STANDING ORDERS** |

       On March 21, 2011, defendant Volvo Group North America ("Volvo") electronically filed its answer to plaintiff's Third Amended Complaint. Volvo has violated General Order 45 and the Court's standing orders, however, by failing to deliver to the Clerk's Office "no later than noon on the business day following the day that the papers are filed electronically, one paper copy of each document that is filed electronically . . . marked 'Chambers Copy' and . . . clearly marked with the judge's name, case number, and 'Chambers Copy-Do Not File.'" See General Order 45 § VII.G; see also Standing Orders For Civil Cases Assigned to The Honorable Maxine M. Chesney ¶ 2.

       Volvo is hereby ORDERED to comply with General Order 45 and the Court's standing orders by immediately submitting a chambers copy of the above-referenced document. Volvo is hereby advised that if he fails in the future to comply with the Court's order to provide chambers copies of electronically-filed documents, the Court may impose

1  sanctions, including, but not limited to, striking from the record any electronically-filed
2  document of which a chambers copy has not been timely provided to the Court..
3  **IT IS SO ORDERED.**

5  Dated:  March 30, 2011

MAXINE M. CHESNEY
United States District Judge