IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BAY AREA PAINTERS AND TAPERS PENSION TRUST FUND, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ADVANCED INTERIOR SYSTEMS, INC., et al., <br><br> Defendants. | No. C 10-1305 MMC <br><br> **ORDER DENYING PLAINTIFFS' REQUEST FOR ENTRY OF JUDGMENT AND FOR ISSUANCE OF WRIT OF EXECUTION** |

    Before the Court is plaintiffs' Request for Entry of Judgment and Request for Issuance of Writ of Execution as to defendant Robert Lee Brown ("Brown"), filed November 27, 2012.  By said request, plaintiffs ask the Court to enter judgment against Brown based on his failure to comply with the payment schedule set forth in the parties' "Stipulation to Entry of Judgment" ("Stipulation"), which Stipulation provides, inter alia, that in the event of a default, "[p]laintiffs shall mail and email a written notice of default to [d]efendants' attorney C. Patrick Stoll."  (See Stipulation, filed Mar. 28, 2011, ¶ 7; Order, filed Mar. 30, 2011.)

    In support thereof, plaintiffs submit a declaration stating that on October 17, 2012 and October 25, 2012, "[p]laintiffs sent notice of [the above-referenced] default pursuant to paragraph 7 of the Stipulation."  (See Kaplan Decl. at ¶ 7.)  The notices submitted as

exhibits in support of plaintiffs' request, however, are two letters sent directly to Brown, not a letter and email sent to Brown's attorney as required by the Stipulation.  (See Request Ex. B, Ex. C.)

Accordingly, the request is hereby DENIED, without prejudice to plaintiffs' resubmitting said request upon proper notice having been provided to Brown in accordance with the Stipulation.

**IT IS SO ORDERED.**

Dated:  November 29, 2012

MAXINE M. CHESNEY
United States District Judge