IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BAY AREA PAINTERS AND TAPERS PENSION TRUST FUND, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>ADVANCED INTERIOR SYSTEMS, INC., et al.,<br><br>　　　　Defendants.<br>_____ / | No. C 10-1305 MMC<br><br>**ORDER GRANTING PLAINTIFFS' MOTION FOR RECONSIDERATION; GRANTING MOTION FOR ENTRY OF JUDGMENT AGAINST DEFENDANT BROWN** |

　　　　Before the Court is the Declaration of Muriel B. Kaplan, filed November 29, 2012, in response to the Court's order denying entry of judgment, which declaration the Court construes as a motion for reconsideration of said order.

　　　　Good cause having been shown, the motion for reconsideration is hereby GRANTED, and plaintiffs shall have judgment against defendant Robert Lee Brown in the amount of $11,086.64, pursuant to the terms of the parties' Stipulation for Entry of Judgment. (See Stipulation, filed March 28, 2011.)

　　　　**IT IS SO ORDERED.**

Dated: December 3, 2012



MAXINE M. CHESNEY
United States District Judge