IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BAY AREA PAINTERS AND TAPERS
PENSION TRUST FUND, et al.,

No. CV- 10-1305 MMC

Plaintiffs,

**JUDGMENT IN A CIVIL CASE**

v.

ADVANCED INTERIOR SYSTEMS, INC., et
al.,

Defendants.

_____/

() **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or  heard and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED**

The plaintiffs shall have judgment against defendant Robert Lee Brown in the amount of $11,086.64, pursuant to the terms of the parties' Stipulation for Entry of Judgment.

Dated: December 3, 2012

Richard W. Wieking, Clerk

*Tracy Lucero*

By: Tracy Lucero
Deputy Clerk