IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BAY AREA PAINTERS AND TAPERS PENSION TRUST FUND, et al., | No. CV- 10-1305 MMC |
| Plaintiffs, | **JUDGMENT IN A CIVIL CASE** |
| v. | |
| ADVANCED INTERIOR SYSTEMS, INC., et al., | |
| Defendants. | |

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED**

The plaintiffs shall have judgment against defendant Robert Lee Brown in the amount of $11,086.64, pursuant to the terms of the parties' Stipulation for Entry of Judgment.

Dated: December 3, 2012

Richard W. Wieking, Clerk

By: Tracy Lucero
Deputy Clerk